PROB 12A
DMT Rev 4-16

LODGED

JUL 2 1 2016

Clerk, U.S. District Court
District Of Montana
Great Falls

# UNITED STATES DISTRICT COURT
## FOR
## DISTRICT OF MONTANA

### Report on Offender Under Supervision

FILED

JUL 2 6 2016

Clerk, U.S District Court
District Of Montana
Great Falls

**Name of Offender:** Shawn Joseph Augare     **Docket Number:** 0977 4:13CR00079-001

**Name of Sentencing Judicial Officer:** THE HONORABLE BRIAN MORRIS
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 05/27/2014

**Original Offense:** 18:1344A.F; BANK FRAUD

**Original Sentence:** 9 months custody, 36 months supervised release

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 02/27/2015

## NON-COMPLIANCE SUMMARY

### Background

On 05/27/2014, the defendant appeared for sentencing before THE HONORABLE BRIAN MORRIS, UNITED STATES DISTRICT JUDGE, having pled guilty to the offense of 18:1344A.F; BANK FRAUD. The offense involved the defendant obtaining four blank checks belonging to the Child Family Advocacy Center. He made the checks payable to his wife, forged endorsement signatures and then deposited the checks into his wife's bank accounts. The total amount of loss was $10,300. The defendant was sentenced to 9 months custody, followed by 36 months supervised release. The defendant began the current term of supervised release on 02/27/2015.

On January 5, 2016, a Report on Offender Under Supervision was filed, which outlined the defendant's failure to make restitution payments since October 14, 2015. The defendant's release was continued.

On April 5, 2016, a second Report on Offender Under Supervision was filed, outlining the defendant's alcohol use and gambling at a casino. The defendant was placed in treatment and his release was continued.

On April 25, 2016, a Report on Offender Under Supervision was filed with the Court. This report outlined the defendant's failure to make restitution payments since October 14, 2016. The defendant's release was continued.

Since that time, the probation officer believes the offender has violated the following condition of supervision:

**Report on Offender Under Supervision**
**Name of Offender: Shawn Joseph Augare**
**Page 2**

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special condition:** The defendant shall pay restitution in the amount of $6,460.14. The defendant is to make payments at a rate of $200 per month, or as otherwise directed by United States Probation. Payment shall be made to the Clerk, United States District Court, Missouri River U.S. Courthouse, 125 Central Ave West, Suite 110, Great Falls, Montana 59404 and shall be disbursed to the victims.<br><br>The defendant has not made a restitution payment since May 13, 2016. |

### U.S. Probation Officer Action:

The defendant has not made a restitution payment since May 13, 2016. He explains he has had several "spot jobs" and the money earned has been put towards family expenses. The defendant was advised he must make a monthly restitution payment and to communicate with the officer to allow adjustments to be made depending upon his cash flow. The defendant was advised his continued non-compliance may result in appearing before the Court. The defendant reports he may have full time employment in North Dakota, earning $25 per hour. This officer will continue working the defendant in his employment efforts. It is respectfully recommended the defendant's release be continued.

Reviewed By: _/s/ Kevin Heffernan_
Kevin Heffernan
Supervising United States Probation Officer
Date: 07/21/2016

Respectfully Submitted By: _/s/_ for Raymond Antonsen
Raymond Antonsen
United States Probation Officer
Date: 07/21/2016

### ORDER OF COURT

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Agrees with U.S. Probation Officer's recommendation

_/s/ Brian Morris_
Brian Morris
United States District Judge
Date: 7/25/16